UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

OMAR RAMOS JIMENEZ,

      Petitioner,

v.

TAMMY MARICH, Acting Director of
Buffalo Field Office, U.S. Immigration
and Customs Enforcement; TODD
LYONS, Acting Director, U.S.
Immigration and Customs
Enforcement; and KRISTI NOEM,
Secretary of the U.S. Department of
Homeland Security,

      Respondents.
_____

25-CV-1302 (JLS)
ORDER



*Pro se* Petitioner, Omar Ramos Jimenez, is a civil immigration detainee currently held at the Buffalo Federal Detention Facility. Petitioner claims that he is being detained in United States Immigration and Customs Enforcement custody. Therefore, Petitioner seeks relief under 28 U.S.C. § 2241. Dkt. 1. Petitioner has paid the $5.00 filing fee.

### ORDER

IT IS HEREBY ORDERED that, by **January 20, 2026**, Respondents shall file and serve an **answer** responding to the allegations in the Petition; and it is further

ORDERED that, by **January 20, 2026**, Respondents shall file and serve, in addition to the answer, a **memorandum of law** addressing each of the issues raised in the Petition and including citations to supporting authority and applicable sections of the Immigration and Nationality Act; and it is further

ORDERED that, by **January 20, 2026,** instead of an answer, Respondents may file a **motion to dismiss** the Petition, accompanied by appropriate exhibits demonstrating that an answer to the Petition is unnecessary; and it is further

ORDERED that Petitioner shall have **25 days** after service of the answer or motion to dismiss to file a **written response**; and it is further

ORDERED that the Clerk of Court shall serve a copy of the Petition, together with a copy of this Order, electronically via a Notice of Electronic Filing to the United States Attorney's Office, Western District of New York at USANYW-Immigration-Habeas@usdoj.gov.

**PETITIONER MUST FORWARD A COPY OF ALL FUTURE PAPERS AND CORRESPONDENCE TO THE ATTORNEY APPEARING FOR RESPONDENTS.**

SO ORDERED.

Dated:   December 5, 2025
         Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE

2